New York Central Railroad Company, Appellant, v. Thomas D. Palella et al., Individually and Trading as Palella Brothers, Appellee.

Gen. No. 41,052. 

O'Connor, P. J., dissenting.

opinion filed July 2, 1940.
Sidney C. Murray, Frederick W. Flott and John B. Kneipple, for appellant; no appearance for appellee. Opinion by Justice McSurely. "Not to be published in full."